17814, 17815.   HOME INSURANCE·COMPANY OF NEW YORK
v. SWANN; and *vice versa.*

17816, 17817.   HOME INSURANCE COMPANY OF NEW YORK
v. CLINKSCALES; and *vice versa.*

BROYLES, C. J.   1. Under the ruling in *Fireman's Fund Insurance Co.* v. *Lindsey,* 32 *Ga. App.* 683 (124 S. E. 369), the contract declared on in each of these cases is not contrary to public policy, and is enforceable in a court of justice, and the court did not err in overruling the defendant's motion (made in each case) to dismiss the plaintiff's action. The decisions in *Fireman's Fund Insurance Co.* v. *Jackson,* 161 *Ga.* 559 (131 S. E. 359), *Williams* v. *Empire etc. Insurance Co.,* 8 *Ga. App.* 304 (68 S. E. 1082), and *Lytle* v. *Scottish American Mortgage Co.,* 122 *Ga.* 459 (50 S. E. 402), cited by counsel for the plaintiffs in error in the cross-bills of exceptions, are not in conflict with this ruling.

2. This is the third appearance before this court of these cases. See 34 *Ga. App.* 19, 27 (128 S. E. 70); 35 *Ga. App.* 358, 360 (133 S. E. 280), where a full statement of the material pleadings and evidence is set forth. Under the rulings of this court previously made in these cases and the evidence adduced on the last trial, a verdict in each case for the full amount sued for was demanded, and in each case the court erred in overruling the plaintiff's motion for a new trial.

*Judgments on main bills of exceptions reversed; on cross-bills affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 8, 1927.

Complaint; from city·court of Blakely—Judge Sheffield.   November 16, 1926.

It was contended that the contract was contrary to public policy in providing for collection of premium installments after lapse of insurance.

*Lowrey Stone,* for plaintiff.   *C. L. Glessner,* for defendant.